Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RICK VILLEGAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 08 0294 EJG |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING TIME TO FILE PRETRIAL RELEASE DOCUMENTS |
| v. ) | |
| RICK VILLEGAS, *et al.*, ) | |
| Defendants. ) | |

    At the defendant's arraignment on June 27, 2008, he was released pending the posting of a $50,000 appearance bond secured by real property. The defendant was given a period of two weeks in which to file the secured bond.

    Defense counsel has been working with the defendant and his family in order to obtain and complete the documents necessary to secure Mr. Villegas's release. An additional period of time is needed in which to complete the pretrial release documents, including the $50,000 appearance bond and deed of trust. Pretrial Services officer Becky Fiddleman has indicated she has no objection to granting additional time to complete the necessary paperwork, and states that the defendant has been in compliance with the terms of release.

    It is stipulated by and between the parties that the defendant have until **August 1, 2008** in which to post the secured appearance bond and related documents with the court.

1  DATED: July 8, 2008              /s/ Tim Warriner
                                    Attorney for RICK VILLEGAS
2

3  DATED: July 8, 2008              /s/ Russell Carlberg
                                    Assistant United States Attorney
4

5

6                                   ORDER

7      IT IS HEREBY ORDERED that defendant Rick Villegas post the $50,000 secured

8  appearance bond and other documents related to his continued pretrial release on or by August 1,

9  2008.

10 DATED:  July 8, 2008

11                                  _____
                                    EDMUND F. BRENNAN
12                                  UNITED STATES MAGISTRATE JUDGE

2