1  Tim Warriner (SB#166128)
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 441-0970
4
   Attorney for Defendant,
5  RICK VILLEGAS



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S 08 0294 EJG |
|---|---|---|
| Plaintiff, | ) | WAIVER OF PERSONAL APPEARANCE |
| v. | ) | |
| RICK VILLEGAS, et al., | ) | *As modified* |
| Defendants. | ) | |

15    The undersigned defendant, RICK VILLEGAS, hereby waives the right to be present in
16 person in open court upon the hearing of any motion or other proceeding in this cause, including
17 when the case is ordered set for trial, when a continuance is ordered, and when any other action is
18 taken by the court before trial except upon impanelment of jury and trial itself. *& TC H.*

19    The undersigned defendant hereby requests the court to proceed during every absence of
20 his which the court may permit pursuant to this waiver, and hereby agrees that his interests will
21 be deemed represented at all times by the presence of his attorney the same as if the defendant
22 himself were personally present in court, and further agrees to be present in person in court when
23 the jury is impaneled and the trial is under way, or at any time it is ordered by the court..

24    The defendant further acknowledges that he has been informed of his rights under Title
25 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and
26 delays under that Act without his personal presence.

27

28                                    1

DATED: September 30, 2008         /s/ Rick Villegas[1], Defendant

I concur in Mr. Villegas's decision to waive his presence at future proceedings.

DATED: September 30, 2008         /s/ Tim Warriner, Attorney for Defendant,
                                  RICK VILLEGAS

IT IS SO ORDERED.

DATED: Oct 6, 2008

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to local EFC procedure, attorney will maintain an originally executed copy.

2