**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

# FILED

**M E M O R A N D U M**

FEB 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   **Rick VILLEGAS**
      **Docket Number:   2:08CR00294-05**
      **CONTINUANCE OF JUDGMENT**
      **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from March 4, 2011, to May 6, 2011, at 10:00 a.m.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  Based on the complexity of the victim/restitution issues and the amount of discovery in this case, a continuance is requested.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

**LORI V. CLANTON**
**Senior United States Probation Officer**

REVIEWED BY:

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

Dated:      02/08/2011
            Sacramento, California
            LVC/mc

Attachment

1

**RE:   Rick VILLEGAS**
**Docket Number:   2:08CR00294-05**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✔ **Approved**

**EDWARD J. GARCIA**
**Senior United States District Judge**

2/10/11

**Date**

___ **Disapproved**

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**Plaintiff,**

**vs.**

**Rick VILLEGAS**

**Defendant.**

_____/

**Docket Number:   2:08CR00294-05**

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 05/06/2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 04/29/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 04/22/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 04/15/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 04/08/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 03/25/2011 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG