UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM & Order

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Rick VILLEGAS**
Docket Number:  2:08CR00294-05
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 6, 2011, to July 22, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to family illness, defense counsel has been unavailable for the presentence report interview.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

LORI V. CLANTON
Senior United States Probation Officer

REVIEWED BY: Jeffrey C. Oestreicher
Supervising United States Probation Officer

FILED
APR 18 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Dated: 04/15/2011
Sacramento, California
LVC/mc

Attachment

IT IS SO ORDERED

4/15/11  Edward J. Garcia

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **Rick VILLEGAS**
     Docket Number: 2:08CR00294-05
     <u>CONTINUANCE OF JUDGMENT AND SENTENCING</u>

cc: Clerk, United States District Court
    United States Attorney's Office
    United States Marshal's Office
    Federal Defender (If defense counsel is court-appointed)
    Probation Office Calendar clerk

✓ **Approved**　　　　　　　　　　_____　　　4/15/11
　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　**Senior United States District Judge**　　**Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number:   2:08CR00294-05 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Rick VILLEGAS | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/22/2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 07/15/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/08/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 07/01/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/24/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/10/2011 |