Timothy E. Warriner
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RICK VILLEGAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 08 0294 EJG |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |
| v. | ) ) | |
| RICK VILLEGAS, | ) ) | |
| Defendant. | ) ) | |

  This matter is now set for judgment and sentencing on July 22, 2011. Defense counsel is presently in trial in *People* v. *Ramirez* (Sacramento Superior Court No. 09F04168), a state gang murder prosecution. The trial is expected to last for most of the month of July 2011. To afford the probation officer and defense counsel additional time to prepare, it is hereby stipulated that judgment and sentencing be continued to August 26, 2011.

  The parties hereby agree to the following schedule concerning the presentence investigation report:

| | |
|---|---|
| 7/22/11 | Draft Presentence Investigation Report Due to Counsel |
| 7/29/11 | Informal Objections to Draft Presentence Report Distributed To Counsel and Probation Officer |
| 8/5/11 | Presentence Investigation Report Filed with Court and Disclosed to Counsel |

1

| | | |
|---|---|---|
| 8/12/11 | Motion for Correction of Presentence Report Filed With Court and Served on the Probation Officer and Counsel | |
| 8/19/11 | Reply, or Statement of Non-Opposition | |

DATED: July 1, 2011        /s/ Tim Warriner, Attorney for defendant,
                           RICK VILLEGAS

DATED: July 1, 2011        /s/ Russell Carlberg, Assistant United
                           States Attorney

## ORDER

IT IS HEREBY ORDERED that the date for judgment and sentencing be continued to August 26, 2011 at 10:00 a.m., and that the July 22, 2011 date be vacated. The court adopts the schedule concerning the Presentence Investigation Report as set forth above pursuant to the stipulation of the parties.

DATED:   July 5, 2011      /s/ Edward J. Garcia
                           UNITED STATES DISTRICT JUDGE

2