EJG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
AUG 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Rick VILLEGAS**
Docket Number: **2:08CR00294-05**
<u>**CONTINUANCE OF JUDGMENT
AND SENTENCING**</u>

c/EJG

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 26, 2011, to October 14, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Defense counsel has been unable to review the presentence report with the defendant due to his work schedule in a death penalty case in state court. Further, the probation officer has found an error in the stipulated loss amount which requires more investigation by all parties.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*/s/ Lori V. Clanton*
**LORI V. CLANTON**
Senior United States Probation Officer

**REVIEWED BY:**  */s/ Jeffrey C. Oestreicher*
**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

Dated:   08/15/2011
Sacramento, California
LVC/mc

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **Rick VILLEGAS**
   **Docket Number:   2:08CR00294-05**
   <u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**

\_\_\_ **Disapproved**

**EDWARD J. GARCIA**
**Senior United States District Judge**

8/19/11

**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:08CR00294-05 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Rick VILLEGAS | |
| Defendant. | |

The probation officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/14/2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 10/07/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the probation officer and opposing counsel no later than: | 09/30/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/23/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | 09/16/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | (Completed) |