Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Rick Villegas

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>RICK VILLEGAS,<br><br>             Defendant. | Case No. 08-cr-00294 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXONERATION OF BOND |

On June 27, 2008, Mr. Rick Villegas was released on a $50,000 bond secured by real property. Docket Entry 13. The deed of trust securing Mr. Villegas's release was lodged with the court on August 8, 2008. Docket Entry 41.

Mr. Villegas was sentenced to serve a 36-month term of imprisonment on October 2, 2011. He has completed serving his term and is now serving his term of supervised release.

Therefore, it is requested that the secured bond be exonerated and that the Court reconvey the security interest, to wit, the deed of trust.

DATED: December 1, 2015          /s/ Timothy E. Warriner, Attorney for Defendant,
                                                        Rick Villegas


DATED: December 1, 2015          /s/ Kurt Didier, Assistant U.S. Attorney for the
                                                        Government

1

## ORDER

GOOD CAUSE APPEARING, and pursuant to the above stipulation, the secured bond is hereby exonerated. The Clerk of the Court is directed forthwith to reconvey the security interest, to wit, the deed of trust, to Mr. Rick Villegas by mailing the reconveyance to: 6004 43rd Street, Sacramento, CA 95824, Attention: Richard Villegas.

Dated:  December 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE