UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICK VILLEGAS,<br><br>Defendant. | No. 2:08-cr-294 WBS<br><br><br><br>ORDER RELATING CASES |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICK VILLEGAS,<br><br>Defendant.<br><br>GUITAR CENTER STORES, INC.,<br><br>Garnishee. | No. 2:26-mc-10 DAD AC |

----oo0oo----

Examination of the above-entitled actions reveals that

1

they are related within the meaning of Local Rule 123(a), because they involve the same parties, with defendant serving a term of supervised release in both Case No. 2:08-cr-294 WBS and Case No. 2:26-mc-10 DAD AC.  Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States v. Villegas, Case No. 2:08-cr-294 WBS, and United States v. Villegas, Case No. 2:26-mc-10 DAD AC, be, and the same hereby are, deemed related.  The case denominated United States v. Villegas, Case No. 2:26-mc-10 DAD AC, shall be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as United States v. Villegas, Case No. 2:26-mc-10 WBS AC.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  February 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2